United States District
Court of the District
of Massachusetts

UNITED STATES of AMERICA,
    Plaintiff-Respondent

                                          Case No.
                                          04-12182-PBS
v.

EDDIE LEE ANDERSON
    Defendant-Petitioner

In Pursuant to Rule 28 USC 2255
To Vacate Set Aside or Correct Sentence

Petitioner states that this court erred at sentencing by sentencing Petitioner for Obstruction of Justice, the Leadership Role, and the Cape of Carmelos Cruz.

The Supreme Court in Blakely Vs Washington, 2004 U.S. LEXIS 4573.
                            Date June 24-2004

According to this decision that fact must be proved to a jury beyond a reasonable doubt.

Potentially, all the following could have enhancements that increase the base offense level in the current federal sentencing scheme are unconstitutional: leadership role, ongoing action drug amount, less amount, obstruction of justice, reckless endangerment, weapon possession, etc.

"The Sixth Amendment: any fact that increase the penalty for a crime beyond the prescribe statutory maximum must be submitted to a jury. prescribe statutory maximum means the penalty that the relevant statute authorizes solely on the basis of the facts reflected in the jury verdict.

Thus a Jury must find, not only the facts that make up the crime of which the offender is charged, but also all (punishment increasing) facts about the way in which the offender carried out that crime. (Emphasis added) (Justice Breyer dissent)

Petitioner states that none of the claims that are being argued by petitioner was part of the Jurys verdict, and was only the Honorable Judge Patti Saris finding which now the Supreme Court has ruled unconstitutional. Therefore violating Petitioner Sixth Amendment Right.

Wherefore in consideration of the foregoing as well as the argument of law this motion

That [given?] Petitioner Prays that this court Vacate his plead sentence and allow his case to be [heard?]. Sincerely, /s/ Eddie Lee Anderson
EDDIE LEE ANDERSON
23535-038