UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CIV. NO. 04-CV-12182-PBS |
| V. ) | |
| ) | |
| EDDIE LEE ANDERSON ) | |

## MOTION TO EXTEND TIME

The United States moves to extend the time by which it must respond to defendant-petitioner Eddie Lee Anderson's §2255 petition up to and including November 30, 2004. In support of its motion, the government says the following:

1. The undersigned Assistant U.S. Attorney, to whom this petition was assigned as a "duty" matter, only recently received the petition.

2. The government needs to recall the criminal case file in this matter from storage in order to respond to the petition.

3. The requested extension is necessary for the government to adequately respond to the petition.

4. The requested extension is only for approximately two weeks.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 11/10/04

## CERTIFICATE OF SERVICE

    I, CHRISTOPHER F. BATOR, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by first class mail upon Eddie Lee Anderson, P.O. Box 1000, Lewisburg, PA 17837.

*[signature]*
_____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 11/10/04