UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Eddie Lee Anderson

v.

United States of America

Case Number: 04-cv-12182 PBS

FILED
CLERKS OFFICE
2005 MAR 14 P 3:18
U.S. DISTRICT COURT
DISTRICT OF MASS

I am asking this Honorable Court for the status. I am asking for a ruling in said case.

In conclusion, I pray that this Court rule as the Supreme Court has ruled.

Date 3-7-05

Sincerely yours, Eddie Lee Anderson

From: Eddie Lee Anderson