UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDDIE LEE ANDERSON | ) |
| v. | ) CIV. NO. 04-CV-12182-PBS |
| UNITED STATES OF AMERICA | ) |

### NOTICE TO THE COURT

In response to the Court's Order dated March 31, 2005 indicating that the government's opposition shall be filed within 30 days, the government states that it filed an Opposition to the defendant/plaintiff's motion on November 30, 2004. A copy of the Opposition is attached.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney
Date: 3/31/05