Case Name: Anderson V United States of America
Case Number: 1.04-CV-12182 PBS

To the Clerk of the Court

I Am once Again written to hopefully learn from you the Status of Case Number: 1.04-cv-12182 the reason why I would Appreciate your response is because the Courts had Until 12-24-04 to Answer and now it is 3-24-05 3 months late please Response So I will Know. Thank You.    Eddie Lee Anderson
23335-04B