UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDDIE LEE ANDERSON
PETITIONER

V.

UNITED STATES OF AMERICA
RESPONDENT.

Case No. 7.04 CV 12182
Judge PBS

## MOTION FOR SUMMERY JUDGEMENT

Defendant comes before this Honorable Court for a summery judgement on his pending motion now that it have been made clear that the Office of the United States Attorneys dosen't plan to respond to this Honorable courts order dateyback from sep 30 when petitioner filed back in 2004 of sep. petitioner prays that his motion would be granted in his favor and this Honorable Court would order a correction of petitioner sentence base on the decision

found to be in violation of petitioner constitutional rights that the surpreme court ruled on enhancement in Blakeley V. Washington and the Booker case as well as to the facts must be proved to a Jurys beyond a resonable doubt.

In conclusion petitioner that his sentence be corrected and his motion be granted.

Date: 6-1-2004
Name: Eddie Lee Anderson
Sign. Eddie Lee Anderson.
No: 23335-048