04cv12182

Thank you for your assistance.

To the Clerk of the Court
I would like to know the status of my Case. No: 1:04 CV12182

Sgn Eddie Lee Anderson.