```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS


EDDIE LEE ANDERSON,
        Petitioner

        v.                         CIVIL ACTION
UNITED STATES OF AMERICA,           NO: 04-12182-PBS
        Respondent.
```

## ORDER FOR DISMISSAL

SARIS, D.J.

   In accordance with the Memorandum and Order dated October 11, 2005 (#10) directing dismissal of the above captioned matter for the reasons stated therein, it is hereby ORDERED that the above captioned matted is dismissed in its entirety.


                              By the Court,


                              /s/ Robert Alba
                              Deputy Clerk
Dated: October 14, 2005